[Nos. 13890-9-III; Division Three. October 31, 1995.]
13926-3-III;
14770-3-III.
THE STATE OF WASHINGTON, *Respondent*, v. JUAN
ALVAREZ SANTANA, *Appellant*.

*In the Matter of the Application For Relief From
Personal Restraint of* JUAN ALVAREZ SANTANA.

Appeal from a judgment of the Superior Court for Yakima County, Nos. 93-1-01287-5 and 93-1-01224-7, Stephen M. Brown, J., entered February 13 and 17, 1994. Judgments *affirmed* and petition *denied* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.


[No. 13935-2-III. Division Three. October 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
WILFERT, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 92-1-00409-0, Evan E. Sperline, J., entered March 23, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.


[No. 13949-2-III. Division Three. October 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGEL B.
HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 93-1-00098-1, Carol A. Wardell, J., entered March 8, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.